UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES WEEKS,<br><br>Defendant. | Case No. 24-CR-131 (BAH) |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, James Weeks, by and through his attorney, James Knox, hereby respectfully submit their joint status report pursuant to the Court's May 3, 2024 Minute Order.

Since the last status hearing, the United States issued the defendant a plea offer to Count Two of Indictment, charging defendant with assaulting, resisting, or impeding certain officers, in violation of Title 18, United States Code, Section 111(a). The defendant has not accepted the government's offer.

At the last status conference, the Court asked the parties about their availability to set the trial in this case for the week of August 5, 2024. Government counsel is available that week.

Mr. Knox is unavailable the week of August 5, 2024. Mr. Knox has a trial in <u>U.S. v. Kevin Harrington</u>, Case No. 3:24-cr-155, in the Northern District of New York, in Syracuse, New York, commencing on August 5, 2024. Trial is expected to last 1 – 2 weeks.

Government counsel has trials already scheduled on the following dates but is available any other time that the Court has availability:

- July 15-19
- August 12-23
- August 26-30

- September 23-27
- November 12-15

Mr. Knox has trials already scheduled on the following dates but is available any other time that the Court has availability:

- July 1, 2, 5, 8
- July 10
- August 19-30
- September 3-13
- September 23-27
- October 23-25

Respectfully submitted,

| | |
|---|---|
| */s/ James C. Knox* | */s/ Kaitlin Klamann* |
| JAMES KNOX | KAITLIN KLAMANN |
| HACKER MURPHY, LLP | Assistant United States Attorney |
| 28 Second Street | 601 D Street NW |
| Troy, New York 12180 | Washington, D.C. 20530 |
| NY Bar No. 517109 | IL Bar No. 6316768 |
| JKnox@hackermurphy.com | Kaitlin.Klamann@usdoj.gov |
| (518) 274-5820 | (202) 252-6778 |