UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JAMES WEEKS,**<br><br>**Defendant.** | Case No. 24-CR-131 (BAH) |

## SUPPLEMENTAL JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, James Weeks, by and through his attorney, James Knox, hereby respectfully submit their supplemental joint status report pursuant to the Court's May 3, 2024 and May 5, 2024 Minute Orders.

Since the last status hearing, the United States issued the defendant a plea offer to Count Two of Indictment, charging defendant with assaulting, resisting, or impeding certain officers, in violation of Title 18, United States Code, Section 111(a). The defendant refuses that offer. While no one can foresee all future events with certainty, this matter is now headed to trial.

Mr. Knox is unavailable the week of August 5, 2024. Mr. Knox has a trial in U.S. v. Kevin Harrington, Case No. 3:24-cr-155, in the Northern District of New York, in Syracuse, New York, commencing on August 5, 2024. That is expected to last 1 – 2 weeks.

The parties are mutually available for trial (and suggest corresponding pretrial motion and pretrial conference dates) in this matter on

- September 30 (pretrial conference on September 17, 2024, pretrial motions due on or before August 9, 2024, replies due August 23, 2024).

- October 7 (pretrial conference on October 2, 2024, pretrial motions due on or before September 6, 2024, replies due September 20, 2024).

- October 14 (pretrial conference on October 9, 2024, pretrial motions due on or before September 13, 2024, replies due September 27, 2024).

Respectfully submitted,

| | |
|---|---|
| */s/ James C. Knox* | */s/ Kaitlin Klamann* |
| JAMES KNOX | KAITLIN KLAMANN |
| HACKER MURPHY, LLP | Assistant United States Attorney |
| 28 Second Street | 601 D Street NW |
| Troy, New York 12180 | Washington, D.C. 20530 |
| NY Bar No. 517109 | IL Bar No. 6316768 |
| JKnox@hackermurphy.com | Kaitlin.Klamann@usdoj.gov |
| (518) 274-5820 | (202) 252-6778 |