CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>JAMES WEEKS )<br>)<br>) | Criminal Case No.: 24-131-01 (BAH)<br><br>**FILED**<br>JUN 27 2024<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____     Date: June 27, 2024

BERYL A. HOWELL

United States District Judge